IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ERIK STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-962-NJR-DGW |
| | ) | |
| S A GODINEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Emergency Motion for Recruitment of Counsel filed by Plaintiff on January 4, 2016 (Doc. 89) and the Motion for Extension of Time filed by Defendants on January 20, 2016 (Doc. 90).

Plaintiff's Motion is **DENIED** for the reasons set forth in this Court's previous Orders (Docs. 19, 71).   Notwithstanding Plaintiff's inexperience, he appears capable of prosecuting this matter without the assistance of counsel.   Defendants' Motion is **GRANTED IN PART**. Defendants have not indicated when Plaintiff propounded his interrogatories.   As such, the Court is without sufficient information to determine whether the requested extension of time is reasonable.   However, in order to move these proceedings along, Defendants are granted until **February 12, 2016** to respond to Plaintiff's interrogatories and shall serve such requests are they are completed (if completed prior to the deadline).   The dispositive motion filing deadline is extended to **March 7, 2016**.   It is unlikely that further extensions will be granted (to Defendants) in this matter absent extraordinary circumstances.

Finally, the Court notes that Plaintiff filed an Amended Complaint to which a responsive pleading was due on December 18, 2015.   No such responsive pleading was filed by that deadline.

Because Plaintiff made no substantive changes in his Amended Complaint and no prejudice can ensue in a brief extension of time, Defendants are *sua sponte* **GRANTED** until **February 5, 2016** to file an answer.

**IT IS SO ORDERED.**

**DATED: February 2, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**