IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ERIK C. STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-962-NJR-DGW |
| | ) | |
| S A GODINEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Extension of Time filed by Plaintiff, Erik Strickland, on February 24, 2016 (Doc. 96).  The Motion is **GRANTED IN PART**.  Plaintiff may file his Motion to Compel by **April 1, 2016**.  To the extent that Plaintiff seeks various documents that are "bates stamped 1-135" or otherwise, or an Order dictating law library time, the Motion is **DENIED WITHOUT PREJUDICE**.   If Plaintiff served a request to produce that was not sufficiently answered, he may file a motion to compel a sufficient answer.   To the extent that Plaintiff did not receive documents that are listed as responsive, he should inform Defendants' counsel of the missing documents (by listing the documents that have not been received) and Defendant's counsel **SHALL** re-serve the document within five (5) business days of receipt of Plaintiff's list.   Finally, this Court does not micro-manage the law library at the Lawrence Correctional Center.   Plaintiff should request library time through the procedures set forth by the prison.   Plaintiff is reminded that if he does seek to compel answers to discovery requests, he should attach the discovery requests and answers to any motion to compel.

Defendants also seek an extension of time to file a Motion for Summary Judgment.   The Motion is **GRANTED** (Doc. 97).   Motions for summary judgment are due by **April 6, 2016**.   In

light of the extensions of time that have been granted previously, **no further extensions will be granted**.

**IT IS SO ORDERED.**

**DATED: March 15, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**